UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

STEVEN JAMES DUEL,

    Plaintiff,                                 Case No. 1:06-cv-833

v.                                                Hon. Richard Alan Enslen

STATE OF MICHIGAN,

    Defendant.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 31, 2007, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

        **IT IS FURTHER ORDERED** that the dismissal of this action will count as a strike for purposes of 28 U.S.C. § 1915(a)(3). See *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated in Kalamazoo, MI:                            /s/Richard Alan Enslen
April 9, 2007                                         Richard Alan Enslen
                                                          Senior United States District Judge